1
2
3
4
5
6
7
8               IN THE UNITED STATES DISTRICT COURT

9            FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11   WILLIE WEAVER,                    )
                                       )      No. C 07-03503 JW (PR)
12              Plaintiff,             )
                                       )
13       vs.                           )      ORDER GRANTING EXTENSION
                                       )      OF TIME TO FILE *IN FORMA*
14   P.B.S.P. THIRD WATCH, et al.,     )      *PAUPERIS* APPLICATION
                                       )
15              Defendant(s).          )      (Docket No. 3)
                                       )
16
   _____

17

18

19           On July 5, 2007, plaintiff filed this pro se civil rights action.  On that same

20   day the clerk of the Court sent a notification to plaintiff that he had not paid the

21   appropriate filing fee of $350.00 or submitted a completed application for leave to

22   proceed in forma pauperis.  The Court provided a copy of the correct form for

23   application to proceed in forma pauperis, along with a return envelope, instructions,

24   and a notification that the case would be dismissed if plaintiff failed to pay the fee or

25   file the completed application within thirty days.  On August 15, 2007, plaintiff

26   submitted a motion for extension of time to file a completed application for leave to

27

28   Order Granting Extension of Time to file IFP Application
     N:\Pro - Se\8.29.2007\07-03503 Weaver03503_ifp-eot.wpd

**United States District Court**
For the Northern District of California

1    proceed <u>in forma pauperis</u>. (Docket No. 3)

2        Accordingly, the Court will extend the time for plaintiff to complete the <u>in</u>

3    <u>forma pauperis</u> application and provide the accompanying certificate of funds and a

4    six-month statement of his trust account.  The application and documentation must

5    be filed with the Court no later than **September 15, 2007**.  Plaintiff must submit his

6    accompanying documentation by the deadline, or the Court will dismiss the case

7    without prejudice for failure to pay the filing fee.

8        This order terminates Docket No. 3.

9

10   DATED:    August 27, 2007

11                                        JAMES WARE
                                          United States District Judge

**United States District Court**
For the Northern District of California