01/06/08
WILLIE WEAVER
J-91389 B-2-210
PELICAN BAY STATE
PRISON P.O. BOX 7000
CRESCENT CITY, CA.
95531.

FILED
08 JAN 10 PH 4:07
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA

WILLIE WEAVER,
    PLAINTIFF,
VS.
PELICAN BAY STATE PRISON,
    DEFENDANT(S).

CASE NO. CV-07-03503 JW (PR)

NOTICE OF APPEAL

YOUR HONORABLE JUDGE!
OFFICE OF THE CLERK!

NOTICE IS HEREBY GIVEN THAT PLAINTIFF HEREBY APPEAL TO THE UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT FROM ORDER TERMINATION ENTERED IN THIS ACTION DEC 20, 2007.

RESPECTIBLE SUBMITTED
Willie Weaver
SIGNATURE

I DECLARE UNDER PENALTY OF PERJURY THAT THE FORGOING IS TRUE AND CORRECT.

IN THE UNITED STATES
DISTRICT COURT NORTHERN
DISTRICT OF CALIFORNIA

WILLIE WEAVER,
        PLAINTIFF,

VS.

PELICAN BAY

STATE PRISON,      / PROOF OF SERVICE
        DEFENDANT(S),

CASE NO. CV-07-03503
       JW (PR)

I HEREBY CERTIFY THAT ON: 01/06/08, I SERVED A COPY OF THE ATTACHED THREE EXACT MOTION NOTICE OF APPEAL

by PLACING A COPY IN A POSTAGE PAID ENVELOPE ADDRESSED TO THE PERSON(S) HEREINAFTER LISTED, by DEPOSITING SAID ENVELOPE IN THE UNITED STATES MAIL AT: PELICAN BAY STATE PRISON P.O. BOX 7000 CRESCENT CITY, CA, 95531.
(LIST NAME AND ADDRESS OF EACH DEFENDANT OR ATTORNEY SERVED) OFFICE OF CLERK: IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA 450 GOLDEN GATE AVENUE SAN FRANCISCO CA 94102
I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

        Willie Weaver
        SIGNATURE