WILLIE WEAVER
J-91389 B-2-210
PELICAN BAY STATE
PRISON P.O. BOX 7000
CRESCENT CITY, CA.
95531.

PELICAN BAY STATE PRISON
5905 Lake Earl Dr
Crescent City CA 95532



MAILED FROM ZIP COD[E]

CONFIDENTIAL
LEGAL MAIL

**PELICAN BAY
P.S.U. UNIT B-2**

94100*9999

CASE NO. CV-07-035[03]
JW (PR) OFFICE OF TH[E]
CLERK! IN THE UNIT[ED]
STATES DISTRICT COU[RT]
FOR THE NORTHERN [DIST.]
OF CALIFORNIA 450 G[OLDEN GATE]
SAN FRANCISCO, CA.