OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD W. WIEKING<br>CLERK | 450 GOLDEN GATE AVENUE<br>SAN FRANCISCO, CA 94102<br>(415) 522-2000<br>FAX (415) 522-2176 |

# FIRST NOTICE OF PAYMENT DUE

Willie Eugene Weaver
Pelican Bay State Prison     J-91389
5905 Lake Earl Drive
P. O. Box 7000
Crescent City, Ca 95531-7000

**Notice Date**
11/27/2007

Title 28 USC § 1915(a) provides that the court may authorize the commencement, prosecution or defense of any criminal or civil suit, action or proceeding, or appeal therein, without prepayment of the filing fees by a person who files an affidavit that he is unable to pay such costs.  Your application for In Forma Pauperis was denied and the filing fee is now due.

*This fee is due for the following case:*

**Case Title:  Weaver v. P.B.S.P. Third Watch et al**

| *Case Number* | *Case Filing Date* | *Fee Due Date* | *Amount Owed* |
|---|---|---|---|
| 5:07-cv-03503-JW | 7/5/2007 | 11/13/2007 | $350.00 |

Please immediately send a check for $350.00 to the following address:

**United States District Court
450 Golden Gate Avenue, 16th Floor
San Francisco, CA 94102**

**Make your check payable to "Clerk, U.S. District Court."**
Include the case number on the check to insure proper credit.

If you have any questions about the amount due, please call the Finance Department at (415) 522-2602.

**Payment in full is due upon receipt.    Total amount due:  $350.00**